AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S.

v.

Eddie Lee

**APPEARANCE**

Case Number: 1:06M44A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Eddie Lee

I certify that I am admitted to practice in this court.

5/10/06
Date

[signature]
Signature

Ed Roy
Print Name | Bar Number

10 Weybossett Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number