AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.

Eddie Lee

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06M44A

I, Eddie Lee, charged in a ☑ complaint ☐ petition

pending in this District with unauthorized use of access devices

in violation of Title 18, U.S.C., 1029 (a)(2),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

[signature]
*Defendant*

May 10, 2006
*Date*

[signature]
*Counsel for Defendant*