# United States District Court

## *District of Rhode Island*

RECEIVED
MAY 19 2006
US MARSHALS
RHODE ISLAND

**UNITED STATES OF AMERICA**

v.

EDDIE LEE

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:06-M-44A

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM C |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MAY 25, 2006 AT 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title ______________ Section(s) ____________________

Brief description of offense:

BAIL REVIEW HEARING

[signature]

Signature of Issuing Officer

May 19, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

## RETURN OF SERVICE

Service was made by me on: Date 5/25/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Magistrate Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/25/06
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX

FILED
2006 MAY 25 P 2:25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.