**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 83 T |
| v. | ) | |
| | ) | In violation of |
| | ) | 18 U.S.C. § 1029(a)(2) |
| EDDIE LEE | ) | |

**INFORMATION**

The United States Attorney charges:

From on or about September 7, 2005, through on or about November 2, 2005, in the District of Rhode Island and elsewhere, defendant, EDDIE LEE, did, with the intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating more than $1,000,

In violation of 18 U.S.C. § 1029(a)(2).

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

______________________
GERARD B. SULLIVAN
Criminal Chief

July 12, 2006
Date