AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

US

v.

Eddie Lee

APPEARANCE

CASE NUMBER: CR06-83T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eddie Lee

I certify that I am admitted to practice in this court.

7-19-06

*Date*

*Signature*

Edward C Roy

*Print Name* *Bar Number*

10 Weybosset St

*Address*

Prov RI 02903

*City* *State* *Zip Code*

528-4281

*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.