O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
EDDIE LEE

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 83 T

I, Eddie Lee, the above named defendant, who is accused of

Intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating more than $1,000

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-19-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Eddie Lee
Defendant EDDIE LEE

Counsel for Defendant EDWARD C. ROY

Before
Judicial Officer USMJ