# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

EDDIE LEE

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-83T

RECEIVED

JUL 14 2006

US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and ti e set forth below.

| Pl e | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom A |
| B re: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JULY 18, 2006 AT 2:00 P.M. |

T answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

C rging you with a violation of Title 18 Section(s) 1029(a)(2)

E ef description of offense:

F AUD

S ature of Issuing Officer

July 13, 2006
Date

J ANNINE THEALL, DEPUTY CLERK
N e and Title of Issuing Officer

This was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

83 ( '. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| en e was made by me on: | Date |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant at: ______________________

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______________________

[X] Returned unexecuted: Court Date Changed

I declare under penalty of perjury under the laws of the United States of America that the foregoing information c ntained in the Return of Service is true and correct.

R turned on 7/18/06
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

R marks: Atty Previously Served by FAX

FILED
2006 JUL 19 P 2:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND