# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S. vs. Eddie Lee

Docket Number: CR06-0083-01T

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL SERVICES RELEASE**

Comes now Maureen Bradley, Supervising U.S. Probation Officer, presenting an official report upon the conduct of defendant who was placed under pretrial release supervision with the following conditions of release by the Honorable Lincoln D. Almond, United States Magistrate Judge on May 10, 2006.

Please see the attached Memorandum.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Please see the attached Memorandum.

**PRAYING THAT THE COURT WILL ORDER** that an Arrest Warrant be issued to act as a detainer at the Adult Correctional Institution, Intake Services Center, Cranston, Rhode Island and that the defendant appear for a Bail Violation Hearing.

ORDER OF THE COURT

Considered and ordered this 11th day of SEPT, 2006 and ordered filed and made a part of the records in the above case.

[signature]

Honorable Lincoln D. Almond
U.S. Magistrate District Judge

Date 9/11/06

RESPECTFULLY SUBMITTED,

[signature]

Maureen Bradley
Supervising U.S. Probation Officer

Date 09/11/06